UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMON DARRELL FLORES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JEANNE S. WOODFORD, Director, ) <br> California Dept. of Corrections and ) <br> Rehabilitation, ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 08-2729-DOC (RCF) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of the United States Magistrate Judge, as well as Petitioner's objections to the Report. The Court accepts and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation, after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 8, 2011

/s/ David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE