UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMON DARRELL FLORES, <br><br> Petitioner, <br><br> v. <br><br> JEANNE S. WOODFORD, Director, California Dept. of Corrections and Rehabilitation, <br><br> Respondent. | No. CV 08-2729-DOC (RCF) <br><br> JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: August 8, 2011

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE